

**ORDERED in the Southern District of Florida on July 10, 2015.**

                                              **Robert A. Mark, Judge**
                                              **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO. 15-16696-RAM |
| | CHAPTER 13 |
| WILLIAM EDWARD KLEINSCHMIDT, | |
| Debtor. | |

**ORDER SETTING FURTHER**
**NON-EVIDENTIARY HEARING ON MOTION TO VALUE**

The Court conducted a hearing on July 9, 2015, on the Debtor's Motion to Value and Determine Secured Status of Lien on Real Property (the "Motion to Value") [DE# 10]. At the hearing, counsel for the Three Horizons North Condominium Association

(the "Association") argued that the Debtor should be estopped from stripping off the Association's lien even if the condominium (the "Property") is worth less than the amount owed on the first mortgage (the "Estoppel Argument"). The Association bases its argument on allegations that the Debtor has damaged the Property which would otherwise be worth more than the senior lien amount.

Because the estoppel issue has not been briefed and because the Association has not yet obtained an appraisal, the Court finds it appropriate to require further briefing and to schedule a further non-evidentiary hearing. Therefore, it is –

**ORDERED** as follows:

1. The Court will conduct a further non-evidentiary hearing on the Motion to Value on **September 1, 2015** at **11:00 a.m.**, at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL 33128.

2. By August 8, 2015, the Association shall obtain an appraisal of the Property and furnish a copy to Debtor's counsel.

3. If the Association intends to pursue the Estoppel Argument, then, by August 8, 2015, the Association shall file a

supplemental objection to the Motion to Value proffering the facts and arguing the law that supports the Estoppel Argument.

4. If the Association files a supplemental objection, the Debtor shall file a response by August 24, 2015.

### 

COPIES TO:

Carolina A. Lombardi, Esq. (Counsel for Debtor)
Russell M. Robbins, Esq. (Counsel for Association)