# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re: William Edward Kleinschmidt             Case No. 15-16696-RAM
                                                Chapter 7
                Debtor.
_____/

## DEBTOR'S MOTION FOR COURT APPROVAL
## OF PERMANENT MORTGAGE MODIFICATION

Debtor William Kleinschmidt moves the Court to approve the permanent modification of his first mortgage with CitiMortgage Inc. The mortgage was permanently modified effective June 15, 2015. Debtor is paying the modified payments outside the Chapter 13 Plan but creditor CitiMortgage has advised Debtor's counsel that it must have bankruptcy court approval for it to proceed with "modification booking." Attached are the pertinent pages of Debtor's Modification Agreement.

Debtor moves the Court for an Order approving the Home Affordable Modification Agreement between CitiMortgage Inc. and Debtor William Kleinschmidt.

Respectfully submitted,

LEGAL SERVICES OF GREATER
MIAMI, INC.

By _____
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtor
3000 Biscayne Boulevard, Suite 500
Miami, FL 33137
Telephone: (305) 438-2427
Fax: (305) 573-5800
Primary E-Mail: Clombardi@legalservicesmiami.org
Alt E-mail: SFreire@legalservicesmiami.org

APN: 0622290750060

Investor Loan # 1124102451

**After Recording Return To:**
CitiMortgage, Inc.
1000 Technology Drive, MS 420R
O'Fallon, MO   63368-2240
Doc Prep/Booking & Closing

This document was prepared by:
Carlos Oliva
With an office address of:
CitiMortgage, Inc.
1000 Technology Drive
O'Fallon, MO 63368

If Applicable: MERS MIN: n/a                                              MERS Phone: 888-679-6377

_____[Space Above This Line For Recording]_____

**Original Principal Amount:** $ 40,000.00
**Unpaid Principal Amount:** $ 36,936.81
**New Principal Amount:** $ 35,768.93
**New Money (Cap):** $ 2,038.19

### HOME AFFORDABLE MODIFICATION AGREEMENT

This Loan Modification Agreement ("Modification Agreement"), made on June 15, 2015 ("Effective Date") WILLIAM KLEINSCHMIDT, A SINGLE PERSON ("Borrower") and CitiMortgage,Inc. ("Lender") amends and supplements (1) the Mortgage, Deed of Trust or Security Deed (the "Security Instrument-Real Property"), and Timely Payment Rewards Rider, if any, dated 06/22/2006 and recorded on 07/13/2006 in BOOK OR LIBER 24713, PAGE(S) 890-895, DOCUMENT # 2006R0750655 on the public Records of MIAMI-DADE and Florida and (2) the Fixed Rate Home Equity Loan Note ("Note") bearing the same date as, and secured by, (County and State, or other jurisdiction) the Security Instrument-Real Property, which covers the real and personal property described in the Security Instrument-Real Property and defined therein as the "Property", located at 1470 125TH TER NE #206, NORTH MIAMI, FL 33161, (Property Address) the real property described being set forth as follows:

**See attached legal description**

and if applicable, (3) the Security Agreement (Pledge) giving Lender a security interest in the CGM Account. The Security Instrument-Real Property and, when applicable, the Security Agreement (Pledge) are referred to collectively as the "Security Instrument" in this Modification Agreement.

Borrower acknowledges that Lender is the holder and the owner of the Note and that as provided in the Note or as amended by this Modification Agreement, the Lender may transfer the Note. The Lender or anyone who takes the Note by transfer and who is entitled to receive payments under the Note is called the "Lender" in this Modification Agreement.

[n/a] MERS LOAN. If this box is checked, the loan evidenced by the Fixed Rate Home Equity Loan Agreement and secured by the Security Instrument was assigned to or the Security Instrument was prepared in the name of the Mortgage Electronic Registration Systems, Inc.

("MERS"). MERS is a separate corporation that is acting solely as nominee for Lender and Lender's successors and assigns. MERS is organized and existing under the laws of Delaware and has an address and telephone number of 1901 E Voorhees Street Suite C, Danville, IL 61834 or P. O. Box 2026, Flint, MI 48501-2026, (888) 679-6377. All references to Lender shall mean the Lender above and, to the extent referencing the holder of the Security Instrument, shall reference MERS acting solely as nominee for Lender.

Lender has made certain advances under the Security Instrument for which Borrower is obligated to pay Lender upon demand or certain payments otherwise due under the terms of the Note or Security Instrument are currently past due. Borrower now desires to extend or rearrange the time and manner of (re)payment of the Note and to extend and carry forward the lien(s) on the Property whether created by the Security Instrument or otherwise. Lender, the legal holder and owner of the Note and of the lien(s) securing the same has agreed at the request of the Borrower to extend or rearrange the time and manner of payment of the Note.

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. **Unpaid Principal Balance.** As of 06/01/15 the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. $ 38,984.21 consisting of the unpaid amounts loaned to Borrower, previously deferred amounts, if any, plus any interest and other amounts capitalized.

2. **Waived or Forgiven Late Charges.** For and in consideration of the modification of the loan as described herein, Lender has agreed to waive or forgive accrued, unpaid late charges. The total amount of accrued, unpaid late charges waived or forgiven is U.S. $0.00.

3. **Deferred Principal Balance.** For and in consideration of the modification of the loan as described herein, Lender has agreed to defer a portion of the Unpaid Principal Balance in an amount equal to 3,206.07 ("Deferred Principal Balance").

   The Deferred Principal Balance, if any, is in addition to the Modified Principal Balance described in Section 5 below and shall continue to be due and owing by Borrower to Lender, provided however, Lender agrees that for so long as Borrower makes the principal and interest payments as provided in Section 6 below in a timely manner and ultimately pays the Deferred Principal Balance to the extent obligated under the terms of the Note or Security Instrument, which if not sooner demanded, shall be due and payable upon the earlier of any voluntary loan payoff or on the Maturity Date. Lender will not seek to enforce its security interest under the terms of the Security Instrument solely for failure to pay the Deferred Principal Balance prior to the earlier of any voluntary loan payoff or the Maturity Date.

   The deferred principal balance will be treated as a non-interest bearing principal forbearance. Borrowers will not pay interest or make monthly payments on the Deferred Principal Balance.

   The Borrowers acknowledge that the Deferred Principal Balance set forth above may or may not be reflected in the loan amount reported by Lender to any credit reporting agency or reported as part of the balance on any receipt or statement issued by Lender, but nevertheless Borrowers acknowledge that such Deferred Principal Balance is due and payable as set forth above.

4. **WAIVED OR FORGIVEN UNPAID PRINCIPAL BALANCE.** For and in consideration of the modification of the loan as described herein, Note Holder has agreed to waive or forgive unpaid principal balance in the amount of U.S. $0.00. **YOU MAY HAVE TO REPORT THE MORTGAGE FORGIVENESS ON YOUR TAX RETURN AND PAY INCOME TAX ON THIS MORTGAGE FORGIVENESS AMOUNT. SEE SECTION 13. TAX. PLEASE CONSULT A TAX ADVISOR.**

5. **Modified Principal Balance.** Borrower acknowledges that the Modified Principal Balance payable under the Note and the Security Instrument shall be calculated as set forth below:

| | | |
|---|---|---|
| (i) | Principal Balance | $ 36,936.81 |
| (ii) | Accrued unpaid Interest | $ 2,038.19 |
| (iii) | Accrued unpaid late charges | $ 0.00 |
| (iv) | Advances regarding delinquent real estate taxes or to pay insurance premiums | $ 0.00 |
| (v) | Appraisal fees, attorneys fees, costs, foreclosure or other legal expenses and advances regarding prior lien-holder or other claims | $ 9.21 |
| | Total (the "Unpaid Principal Balance" from Section 1 above) | $ 38,984.21 |

Less:
Waived or forgiven Late Charges from Section 2 above         $ 0.00
Deferred Principal Balance from Section 3 above               $ 3,206.07
Waived or Forgiven Unpaid Principal Balance
from Section 4 above, if any                                  $ 0.00
Appraisal fees, attorneys fees, costs,                        $ 9.21
foreclosure or other legal expenses and advances
regarding prior lien-holder or other claims

Total (the "Modified Principal Balance")                      $ 35,768.93

6. **Repayment Terms.** Borrower promises to pay the Modified Principal Balance, plus interest, to the order of Lender as set forth in this Section 6:

   a. The Maturity Date is 06/01/55 ("Maturity Date"). If on the Maturity Date Borrower still owes amounts under the Note and Security Instrument, as amended by this Modification Agreement, Borrower will pay these amounts in full on the Maturity Date.

   b. $ 3,206.07 of the Unpaid Principal Balance shall be deferred and Borrower will not pay interest or make monthly payments on this amount. The Unpaid Principal Balance less the Deferred Principal Balance less the Waived or Forgiven Balance shall be referred to as the "Interest Bearing Principal Balance" and this amount is $ 35,768.93. Interest at the rate of 2.00000% will begin to accrue on the Interest Bearing Principal Balance as of 06/01/15 and the first new monthly payment on the Interest Bearing Principal Balance will be due on 07/01/15. My payment schedule for the modified Loan is as follows until the loan reaches the Maturity Date when the final balloon payment will become due and payable:

| Years | Int Rate | Int Rate Change Date | Monthly Principal and Int Payment Amount | Estimated Monthly Escrow Payment Amount | Total Monthly Payment | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-5 | 2.000% | 06/01/15 | $ 108.32 | $3.32 | $ 111.64 May adjust periodically | 07/01/15 | 60 |
| 6 | 3.000% | 06/01/20 | $ 125.84 | $0.00 | May adjust periodically | 07/01/20 | 12 |
| 7-Term | 4.000% | 06/01/21 | $ 144.33 | $0.00 | May adjust periodically | 07/01/21 | 408 |