

**ORDERED in the Southern District of Florida on September 10, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

### UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Wiliam Edward Kleinschmidt            Case No:   15-16696 RAM

 Debtor                                    /           Chapter 13

### ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY DEBTOR

THIS CASE came to be heard on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 10; the "Motion").  Based upon the debtor's assertions made in support of the Motion, and Creditor Three Horizons North Condominium Association having notified the Court that it was withdrawing its Objection (DE17), having considered the record in this case, and being duly advised in the premises, the Court FINDS as  follows:

    A.    The value of the debtor's real property (the "Real Property") located at 1470 NE 125 Terrace #206, North Miami, FL 33161, and more particularly described as follows:

> Condominium Unit Number 206 and exclusive right for use of Parking Space 69 of Three Horizons North Condominium Inc., as set forth in the Declaration of Condominium as recorded in Official Records Book 6912 at Page 409 and in First and Second Amendments recorded respectively in Official Records Book 6960 at Page 899 and Official Records Book 7002 at Page 477 of the Public Records of Miami-Dade County, Florida, together with an undivided interest in the elements thereof. Parcel ID Parcel ID 06-2229-075-0060

is $20,000 at the time of the filing of this case.

    B.    The total of all claims secured by liens on the Real Property senior to the lien of Three Horizons North Condominium Association (the "Lienholder") is $37,922.

    C.    The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of lien holder is $ -0- and Lien holder has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lien holder has an allowed secured claim in the amount of $ -0- .

3. Because lien holder's secured interest in the Real Property is $0, lien holder's lien recorded on March 27, 2015, in OR Book 29555 Page 1869 in the official records of Miami-Dade County, Florida shall be deemed void and shall be extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case. If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lien holder's lien will no longer be considered void and shall be restored as a lien on the Real Property.

(Select only one):

  XX    Lien holder has not filed a proof of claim in this case. The trustee shall not disburse any payments to lien holder unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

      Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $_____ regardless of the original classification in the proof of claim as filed.

    5.    The Real Property may not be sold or refinanced without proper notice and further order of the Court.

    6.    Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

    7.    Nothing in this Order is intended to impact any rights of the lien holder, Three Horizons North Condominium Association Inc., to pursue and collect any unpaid amounts pursuant to Florida Statute 718 or 720, or the Declaration, from any third party.

###

        Submitted By:
        LEGAL SERVICES OF GREATER MIAMI, INC.
        By                /s/
        Carolina A. Lombardi
        Florida Bar No.  241970
        Attorney for Debtor
        3000 Biscayne Boulevard Suite 500
        Miami, FL 33137
        Telephone: (305) 438-2427
        Facsimile: (305) 573-5800
        Email: CLombardi@legalservicesmiami.org
        Alt: Sfreire@legalservicesmiami.org

Attorney Carolina A. Lombardi is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.