

ORDERED in the Southern District of Florida on September 16, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:   William Edward Kleinschmidt                 Case No:   15-16696 RAM

 Debtor                                  /           Chapter 13

## ORDER APPROVING PERMANENT MODIFICATION

THIS CASE came to be heard on September 15, 2015, on the Debtor's *Motion for Court Approval of Permanent Mortgage Modification* (DE 42) and being duly advised in the premises, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

# # #