**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re: William Edward Kleinschmidt         Case No. 15-16696-RAM
                                            Chapter 7
                Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Order Approving Permanent Modification (DE 54), a copy of which is attached as Exhibit "A", was transmitted electronically on September 17, 2015, on:

Jacqueline Calderin, Trustee
calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;yruiz@ecclegal.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and mailed to:**

Marisol R. Basulto, Esquire,
Mirza, Basulto and Robbins, LLP
4160 NW 77 Court #22
Miami Lakes, FL 33016

Three Horizons North Condominium Association
c/o Association Services of Florida
10112 USA Today Highway
Miramar, FL 33025

                    Respectfully submitted,

                    LEGAL SERVICES OF GREATER MIAMI, INC.


                    By    /s/ Carolina A. Lombardi
                          Carolina A. Lombardi
                          Florida Bar No. 241970
                          Attorney for Debtor
                          3000 Biscayne Boulevard, Suite 500
                          Miami, FL 33137
                          Telephone: (305) 438-2427
                          Fax: (305) 573-5800
                          Primary E-Mail: Clombardi@legalservicesmiami.org;
                          Secondary E-mail: Sfreire@legalservicesmiami.org;



**ORDERED in the Southern District of Florida on September 16, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:  William Edward Kleinschmidt            Case No:   15-16696 RAM

Debtor_____/            Chapter 13

### ORDER APPROVING PERMANENT MODIFICATION

THIS CASE came to be heard on September 15, 2015, on the Debtor's *Motion for Court Approval of Permanent Mortgage Modification* (DE 42) and being duly advised in the premises, it is **ORDERED** as follows:

1.   The Motion is **GRANTED**.

# # #

EXHIBIT "A"