**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X Third_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: William Kleinschmidt    JOINT DEBTOR: _____    CASE NO.: 15-16696-RAM
Last Four Digits of SS# 0005    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.  $ 346.50  for months  1  to  35  ;
  B.  $ 401.50  for months  36  to _____ ;
  C.  $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 0.00    TOTAL PAID $ _____
        Balance Due    $ _____ payable $ _____ /month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Three Horizons North Condo    Arrearage on Petition Date   NA
Address: c/o Mirza Basulto Robbins LLP    Regular Payment $ 315.00 /month (Months  1  to  36 )
14169 NW 77 Court #22    Arrears Payment $ _____ /month (Months _____ to _____)
Hialeah, FL 33016
Account No: _____

2. _____    Arrearage on Petition Date  $ _____
Address: _____    Arrears Payment    $ _____ /month (Months _____ to _____)
_____    Regular Payment  $ _____ /month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Three Horizons North Condominium Association Inc. c/o Mirza Basulto & Robbins, LLP 14169 NW 77th Court Suite 22 Hialeah, FL 33016 | Real property located at 1470 NE 125th Terrace #206 North Miami, FL 33161<br><br>Legal Description: Condominium Unit Number 206 and exclusive right for use of Parking Space 69 of Three Horizons North Condominium Inc., as set forth in the Declaration of Condominium as recorded in Official Records Book 6912 at Page 409 and in First and Second Amendments recorded respectively in Official Records Book 6960 at Page 899 and Official Records Book 7002 at Page 477 of the Public Records of Miami-Dade County, Florida, together with an undivided interest in the common elements thereof.<br><br>Value of Property: $20,000.00 | N/A % | 0 | 0 | 0 |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____    Total Due  $ _____
            Payable    $ _____ /month (Months _____ to _____) Regular Payment $ _____

LF-31 (rev. 01/08/10)

Unsecured Creditors:  Pay $_____50.00_____/month  (Months___36____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtor is paying his first mortgage with Citibank outside the Plan.

The Chapter 13 Trustee has requested that, on or before May 15 of each year during the pendency of the plan, the Debtor(s) will file the  documents listed in Section 521(f)(1), (2),(3) and (4).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ William Kleinschmidt_____
Debtor
Date: October 2, 2015_____

LF-31 (rev. 01/08/10)