

ORDERED in the Southern District of Florida on November 13, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re: William Edward Kleinschmidt            Case No. 15-16696-RAM
                                              Chapter 7
        Debtor.
_____/

## ORDER SUSTAINING OBJECTION TO CLAIM

THIS CAUSE having come before the court on November 10, 2015, upon the Attorney for Debtor's Objection to Claim No. 1 and Creditor Three Horizon North Condo Association having withdrawn its opposition, and being otherwise duly advised in the premises, it is

**ORDERED** that Debtor's Objection (DE 61) is sustained and the *Value of Property* in Section Four of Three Horizon North Condo Association's Proof of Claim, is $20,000.

###

Submitted by Carolina A. Lombardi, Attorney
The party submitting the order shall serve a copy of
the signed order on all required parties and file with
the court a certificate of service conforming
with Local Rule 2002-1(F).