UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

William Kleinschmidt

        Debtor(s) .                Chapter 13
_____/     Case No. 15-16696 RAM

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, debtor William Kleinschmidt moves the Court to modify his Chapter 13 Plan, and in support of the motion states:

1. Secured Creditor Three Horizons North Condominium Association Inc. has notified the Debtor that he must begin paying a special assessment of $78.75 per month effective August 1, 2017. The special assessment will last for twelve months.

Dated August 1, 2017.

                                            Respectfully submitted,
                                            LEGAL SERVICES OF GREATER
                                            MIAMI, INC.

                                            By        /s/_____
                                                  Carolina A. Lombardi
                                                  Florida Bar No.  241970
                                                  Attorney for Debtor
                                                  4343 West Flagler Street #100
                                                  Miami, FL 33134
                                                  Telephone and Facsimile: 305-438-2427
                                                  Email:  CLombardi@legalservicesmiami.org
                                                  Alt.: MCabrera@legalservicesmiami.org