UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

William Kleinschmidt

    Debtor(s) .    Chapter 13
_____/  Case No. 15-16696 RAM

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

  Pursuant to Local Rule 9013-1, debtor William Kleinschmidt moves the Court to modify his Chapter 13 Plan, and in support of the motion states:

  1. Secured Creditor Three Horizons North Condominium Association Inc. has notified the Debtor that he must begin paying a special assessment of $78.75 per month effective August 1, 2017. The special assessment will last for twelve months.

Dated November 27, 2017.

        Respectfully submitted,
        LEGAL SERVICES OF GREATER
        MIAMI, INC.

        By   /s/
         Carolina A. Lombardi
         Florida Bar No. 241970
         Attorney for Debtor
         4343 West Flagler Street #100
         Miami, FL 33134
         Telephone and Facsimile: 305-438-2427
         Email: CLombardi@legalservicesmiami.org
         Alt.: MCabrera@legalservicesmiami.org