Certificate Number: 03621-FLS-DE-025467608

Bankruptcy Case Number: 15-16696



03621-FLS-DE-025467608

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 30, 2015, at 6:00 o'clock PM EDT, William Kleinschmidt completed a course on personal financial management given by telephone by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: May 1, 2015

By: /s/Blair Cender

Name: Blair Cender

Title: Credit Counselor