

**ORDERED in the Southern District of Florida on November 13, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re: William Edward Kleinschmidt,                    Case No. 15-16696 RAM

Debtor_____/                    Chapter 13

### ORDER GRANTING DEBTOR'S MOTION TO DEEM SECURED CREDITOR THREE HORIZONS NORTH CONDO ASSOCIATION CURRENT POST PETITION

THIS CAUSE having come before the court on November 13, 2018, on the Debtor's Motion to Deem Secured Creditor Three Horizons North Condo Association Current Post Petition (DE 89) and hearing no objections, it is

**ORDERED** that the Motion is granted and Debtor William Edward Kleinschmidt is current in all post petition payments due to Creditor Three Horizons North Condo Association.

# # #

**Submitted by:**

Carolina A. Lombardi, Attorney for Debtor
The party submitting the order shall serve a copy
of the signed order on all required parties and
file with the court a certificate of service
conforming with Local Rule 2002-1(F).